| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **Southern District of Texas** |
| Case number (if known): _____  Chapter __7__ |

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  
JKP Woodlands, LLC d/b/a El Tiempo - Woodlands

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names  
El Tiempo - Woodlands

**3. Debtor's federal Employer Identification Number (EIN)**  
8 4 – 3 2 5 0 2 5 2

**4. Debtor's address**

Principal place of business:
3611 Highgreen Drive  
Number    Street  
Kingwood, TX 77339  
City        State    ZIP Code  
Harris  
County

Mailing address, if different from principal place of business:
c/o Lloyd Lim, Kean Miller LLP  
711 Louisiana St.  
Number    Street  
Houston, TX 77002  
City        State    ZIP Code

Location of principal assets, if different from principal place of business:
_____  
Number    Street  
_____  
City        State    ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page **1**

Debtor **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**      Case number *(if known)* _____
     Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❑ Railroad (as defined in 11 U.S.C. §101(44))<br>❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❑ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❑ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☑ Chapter 7<br>❑ Chapter 9<br>❑ Chapter 11. *Check all that apply:*<br>   ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ❑ A plan is being filed with this petition.<br>   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❑ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❑ Yes.  District _____ When ___/___/_____ Case number _____<br>                                MM / DD / YYYY<br>      District _____ When ___/___/_____ Case number _____<br>                                MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❑ Yes.  Debtor _____ Relationship _____<br>      District _____ When ___/___/_____<br>                                         MM / DD / YYYY<br>      Case number, if known _____ |

Debtor  **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**  Case number *(if known)*
        Name

| 11. Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>  Number  Street<br>  _____<br>  City                        State     ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>         Contact name    _____<br>         Phone           _____ |

### Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. Estimated number of creditors | ☑ 1-49   ☐ 50-99        ☐ 1,000-5,000    ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999       ☐ 10,001-25,000                      ☐ More than 100,000 |
| 15. Estimated assets | ☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor   **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**           Case number *(if known)* _____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **9/17/2025 | 11:13:42 AM PDT**
              MM/ DD/ YYYY

X _[DocuSigned by: signature]_ 329906742234D8...                      **Rigoberto Luna**
Signature of authorized representative of debtor                       Printed name

Title   **Manager**

**18. Signature of attorney**

X   */s/ Lloyd A. Lim*                                  Date   **09/17/2025**
Signature of attorney for debtor                              MM/ DD/ YYYY

**Lloyd A. Lim**
Printed name

**Kean Miller LLP**
Firm name

**711 Louisiana St Suite 1800**
Number        Street

**Houston**                                      **TX**              **77002**
City                                              State              ZIP Code

**713-844-3093**                                 **Lloyd.Lim@keanmiller.com**
Contact phone                                     Email address

**24143465**                                      **Texas**
Bar number                                        State

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **4**

**Fill in this information to identify the case:**

Debtor Name: **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number
   3.1. _____   _____   ____ ____
   3.2. _____   _____   ____ ____

4. **Other cash equivalents** *(Identify all)*
   4.1. _____
   4.2. _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   7.1. _____

Debtor  **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**   Case number *(if known)* _____
　　　　　Name

---

7.2 _____  _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____  _____

   8.2 _____  _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.　　　　　　　　　　　　　　　　　　　　_____

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ - _____ =..... →  _____
    　　　　　　　　　　　　　face amount　　　doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ - _____ =..... →  _____
    　　　　　　　　　　　　　face amount　　　doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.　　　　　　　　　_____

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    　　　　　　　　　　　　　　　　　　　　　**Valuation method used for current value**　　**Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____  _____  _____

    14.2 _____  _____  _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:　　　　　　　　　　　　　　　　% of ownership:

    15.1. _____  _____  _____  _____

    15.2. _____  _____  _____  _____

---

Debtor **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**   Case number *(if known)* _____
      Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____   _____   _____

    16.2 _____   _____   _____

17. **Total of Part 4**   _____

    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

    _____   MM / DD / YYYY   _____   _____   _____

20. **Work in progress**

    _____   MM / DD / YYYY   _____   _____   _____

21. **Finished goods, including goods held for resale**

    _____   MM / DD / YYYY   _____   _____   _____

22. **Other inventory or supplies**

    _____   MM / DD / YYYY   _____   _____   _____

23. **Total of Part 5**   _____

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

---

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 3

Debtor     **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**      Case number *(if known)* _____
                     Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

28. **Crops—either planted or harvested**

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment** (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    - ☑ No
    - ☐ Yes. Is any of the debtor's property stored at the cooperative?
        - ☐ No
        - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ☑ No
    - ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ☑ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    - ☑ No. Go to Part 8.
    - ☐ Yes. Fill in the information below.

---

Debtor    **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**           Case number *(if known)* _____
          Name

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 _____ | | | |
| | 42.2 _____ | | | |
| | 42.3 _____ | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | _____ |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** ☑ No ☐ Yes | | | |
| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?** ☑ No ☐ Yes | | | |

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| | **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 _____ | | | |
| | 47.2 _____ | | | |
| | 47.3 _____ | | | |
| | 47.4 _____ | | | |

Official Form 206A/B           Schedule A/B: Assets — Real and Personal Property           page **5**

| Debtor | JKP Woodlands, LLC d/b/a El Tiempo - Woodlands | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____

    48.2 _____

49. **Aircraft and accessories**

    49.1 _____

    49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

Debtor  **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**        Case number *(if known)* _____
         Name

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☑ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☑ No. Go to Part 11.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
    Add lines 60 through 65. Copy the total to line 89.                                    _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☑ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☑ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

### Part 11: All other assets

---

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page **7**

Debtor **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**        Case number *(if known)* _____
       Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ − _____ = ➔ _____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____
    _____   Tax year _____   _____
    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____                       _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                       _____

    **Nature of claim**   _____
    **Amount requested**  _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                       _____

    **Nature of claim**   _____
    **Amount requested**  _____

76. **Trusts, equitable or future interests in property**

    _____                       _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____                       _____
    _____                       _____

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.                  _____

Debtor    **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**    Case number *(if known)* _____
          Name

| | |
|---|---|
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** |
| | ☑ No |
| | ☐ Yes |

### Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................................. ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $0.00 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................ | | $0.00 |

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 9

**Fill in this information to identify the case:**

Debtor name: **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* — **Amount of claim** Do not deduct the value of collateral.
   *Column B* — **Value of collateral that supports this claim**

   **2.1** Creditor's name: _____
   
   Creditor's mailing address: _____
   
   Creditor's email address, if known: _____
   
   Date debt was incurred: _____
   
   Last 4 digits of account number: ___ ___ ___ ___
   
   Do multiple creditors have an interest in the same property?
   - ☐ No
   - ☐ Yes. Specify each creditor, including this creditor, and its relative priority.
   
   Describe debtor's property that is subject to a lien: _____
   
   Describe the lien: _____
   
   Is the creditor an insider or related party?
   - ☐ No
   - ☐ Yes
   
   Is anyone else liable on this claim?
   - ☐ No
   - ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
   
   As of the petition filing date, the claim is:
   Check all that apply.
   - ☐ Contingent
   - ☐ Unliquidated
   - ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____

**Fill in this information to identify the case:**

Debtor name: **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**

United States Bankruptcy Court for the: **Southern** District of **Texas** (State)

Case number (If known): _____   Chapter **7**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be REJECTED** | **Indian Springs at Woodlands, Ldt.** |
| | State the term remaining | **2 months** | **c/o Matthew M. Buschi Rapp & Krock, PC 1980 Post Oak Blvd., Suite 1200 Houston, TX 77056** |
| | List the contract number of any government contract | **Months** | **3200 Kirby Dr #910** |
| | | | **Houston, TX 77098** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G   Schedule G: Executory Contracts and Unexpired Leases   page 1 of **1**

**Fill in this information to identify the case:**

Debtor name: **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Champion Entertainment** | **3611 Highgreen Dr** Street<br>**Kingwood, TX 77339** City / State / ZIP Code | **Meat Planet, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | **Gail Grohman** | **4201 W. Broadway** Street<br>**Pearland, TX 77581** City / State / ZIP Code | **Indian Springs at Woodlands, Ldt.**<br><br>**Indian Springs at Woodlands, Ldt.** | ☐ D<br>☑ E/F<br>☐ G<br>☐ D<br>☐ E/F<br>☑ G |
| 2.3 | **Lahuerta Bar & Grill, LLC** | **24624 Interstate 45 North Suite 231** Street<br>**Spring, TX 77386** City / State / ZIP Code | **Meat Planet, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | **Marisco Conroe, LLC** | **3611 Highgreen Dr** Street<br>**Kingwood, TX 77339** City / State / ZIP Code | **Meat Planet, Inc.** | ☐ D<br>☑ E/F<br>☐ G |

Official Form 206H    Schedule H: Codebtors    page 1 of **2**

Debtor **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**          Case number (if known) _____
       Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.5 | **Paul Grohman** | **4201 W. Broadway**<br>Street<br><br>**Pearland, TX 77581**<br>City          State          ZIP Code | **Indian Springs at Woodlands, Ldt.** | ❏ D<br>☑ E/F<br>❏ G |
| | | | **Divine and Service, Ltd.** | ❏ D<br>☑ E/F<br>❏ G |
| | | | **Indian Springs at Woodlands, Ldt.** | ❏ D<br>❏ E/F<br>☑ G |
| 2.6 | **Rigo Luna** | **3611 Highgreen Dr.**<br>Street<br><br>**Kingwood, TX 77339**<br>City          State          ZIP Code | **Divine and Service, Ltd.** | ❏ D<br>☑ E/F<br>❏ G |
| | | | **Meat Planet, Inc.** | ❏ D<br>☑ E/F<br>❏ G |
| 2.7 | **Rigoberto Luna** | **3611 Highgreen Dr.**<br>Street<br><br>**Kingwood, TX 77339**<br>City          State          ZIP Code | **Indian Springs at Woodlands, Ldt.** | ❏ D<br>☑ E/F<br>❏ G |
| | | | **Indian Springs at Woodlands, Ldt.** | ❏ D<br>❏ E/F<br>☑ G |

Official Form 206H                    Schedule H: Codebtors                    page **2** of **2**

Fill in this information to identify the case:

Debtor name   **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**

United States Bankruptcy Court for the:  **Southern District of Texas**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
       Copy line 88 from *Schedule A/B*.................................................................................................... **$0.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.................................................................................................. **$0.00**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................................................................... **$0.00**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ **+  $1,001,636.73**

4. **Total liabilities**........................................................................................................................................... **$1,001,636.73**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name: **JKP Woodlands, LLC d/b/a El Tiempo - Woodlands**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [X] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- [X] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [X] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [X] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [X] *Schedule H: Codebtors* (Official Form 206H)
- [X] *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/17/2025**
MM/ DD/ YYYY

X _DocuSigned by_ _____
Signature of individual signing on behalf of debtor

**Rigoberto Luna**
Printed name

**Manager**
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors